IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 16-14962-P

JOHN WAYNE CONNER,

Petitioner / Appellant,

-v-

ERIC SELLERS, GDCP Warden,

Respondent / Appellee.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA, DUBLIN DIVISION
_____

**MOTION FOR STAY OF EXECUTION**
_____

Brian S. Kammer (Ga.406322)
Marcia A. Widder (Ga. 643407)
Georgia Resource Center
303 Elizabeth Street, NE
Atlanta, Georgia  30307
Telephone: (404) 222-9202
Fax: (404) 222-9212

COUNSEL FOR MR. CONNER

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| JOHN WAYNE CONNER, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| ERIC SELLERS, | ) | **CAPITAL CASE** |
| Warden, GDCP | ) | **EXECUTION SCHEDULED** |
|     Respondent. | ) | **JULY 14, 2016 @ 7:00 PM** |

## **CERTIFICATE OF INTERESTED PERSONS**

Counsel hereby certifies that the following have an interest in the outcome of this case:

1. Berg, Laura, Federal Habeas Counsel

2. Bowen, Hon. Dudley H., District Court Judge

3. Conner, John Wayne, Petitioner-Appellant

4. Craig, Hon. Hal, State Habeas Judge

5. Elleman, Angela, Successor State and Federal Habeas Counsel

6. English, Hon. Paschal A., State Habeas Judge

7. Kammer, Brian S., Federal Habeas Counsel

8. Keeble, Hon. Allen B., State Habeas Judge

9. Mullis, Dennis, Trial Counsel

10. Nolas, Billy F., State and Federal Habeas Counsel

11. Painter, Robyn, Federal Habeas Counsel

12. Pearson, Lynn, Federal Habeas Counsel

13. Salchow, Kirsten A., Federal Habeas Counsel

14. Smith, Hon. E. Byron, State Habeas Judge

15. Smith, Paula K., Counsel for Respondent-Appellee

16. GDCP Warden, Respondent-Appellee

17. West, Hon. Phillip R., Trial Judge

18. White, J.T., Deceased

19. Wiggins, James, District Attorney

                    s/Marcia A. Widder
                    _____
                    Marcia A. Widder
                    Counsel for Mr. Conner

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| JOHN WAYNE CONNER, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| ERIC SELLERS, | ) | **CAPITAL CASE** |
| Warden, GDCP | ) | **EXECUTION SCHEDULED** |
|     Respondent. | ) | **JULY 14, 2016 @ 7:00 PM** |

## MOTION FOR STAY OF EXECUTION

Comes now the Petitioner, JOHN WAYNE CONNER, and prays that an Order be entered staying the execution of his sentence of death until further Order of this Court, and in support of this application, respectfully states as follows:

1. On June 24, 2016, an execution warrant issued in the Telfair County Superior Court for Indictment No. 6923, 7015, setting Mr. Conner's execution to occur during a window of time extending from noon on July 14, 2016, to noon on July 21, 2016. *See* Exhibit A. The execution is currently scheduled for 7:00PM on July 14, 2016.

2. On June 23, 2016, after federal habeas corpus proceedings were completed, Mr. Conner return to state court where state habeas proceedings had been held in abeyance pending the completion of federal proceedings and filed an amended petition for writ of habeas corpus, augmenting his intellectual disability

claim in light of the factual development that was permitted to occur—for the first time—in federal court and seeking to reopen his earlier ineffective assistance of trial counsel claim in light of intervening law and facts.

3.  One June 27, 2016, Mr. Conner again amended his state habeas petition to add the claims now raised in this petition: that his execution, after serving 34 years under the harsh conditions of Georgia's death row, will constitute excessive and unjustified punishment in violate of the Eighth and Fourteenth Amendments (the *Lackey*[1] claim); and that his execution, after already serving what amounts to a life sentence on Georgia's death row, will violate double jeopardy.

4.  On July 6, 2016, the Butts County Superior Court denied the state habeas action in its entirety, ruling in pertinent part that the *Lackey* and double jeopardy claims "would have [been] raised in [Mr. Conner's] prior petitions, and they are barred as successive under O.C.G.A. § 9-14-51. Insofar as [Mr. Conner] could not have raised these claims previously, they are without merit." Order, dated July 6, 2016, at 3-4 (citing *Lackey*, 514 U.S. 1045; *Hulett v. State*, 296 Ga. 49, 73-74 (2014); *Jones v. State*, 273 Ga. 231, 233 (2000)).

---

[1] *See Lackey v. Texas*, 514 U.S. 1045, 1045-47 (1995) (Memorandum of Justice Stevens respecting the denial of certiorari).

5. Mr. Conner promptly filed a notice of appeal. On July 14, 2016, the Supreme Court of Georgia denied Certificate of Probable Cause to Appeal.

6. On July 14, 2016, Mr. Conner filed a petition for writ of habeas corpus in the Federal District Court for the Southern District of Georgia. The district court dismissed the petition for lack of jurisdiction.

7. A stay of execution is necessary to insure that Petitioner is not executed before this Court is able to hear and determine the matters contained in the Petition. If Mr. Conner's execution is carried out before this Court has fully heard his claims he will unquestionably have been deprived of the due process to which he is entitled. A stay of execution will in no way prejudice the State of Georgia or interfere with Petitioner's custodial status. The execution of Petitioner prior to his claims being fully heard and considered would inflict irreparable harm.

Dated this 14th day of July, 2016.

Respectfully submitted,

s/Marcia A. Widder

_____
Brian S. Kammer (Ga.406322)
Marcia A. Widder (Ga. 643407)
Georgia Resource Center
303 Elizabeth Street, NE
Atlanta, Georgia  30307
Telephone: (404) 222-9202
Fax: (404) 222-9212

# Exhibit A

FILED IN OFFICE
CLERK SUPERIOR COURT
TELFAIR COUNTY, GA

JUN 24 2016

Belinda Thomas

### IN THE SUPERIOR COURT OF TELFAIR COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| **THE STATE OF GEORGIA,** | * | **INDICTMENT NO.** |
| | * | **6923, 7015** |
| v. | * | |
| | * | |
| **JOHN WAYNE CONNER,** | * | |
| **Defendant.** | * | |
| | * | |
| | * | |

## ORDER

The Court having sentenced Defendant, John Wayne Conner, on the 14th day of July, 1982 to be executed by the Department of Corrections at such penal institution as may be designated by said Department, in accordance with the laws of the State of Georgia, and;

The date for the execution of said John Wayne Conner, having passed by reason of supersedeas incident to appellate review;

IT IS CONSIDERED, ORDERED, AND ADJUDGED by this Court, pursuant to O.C.G.A. § 17-10-40, that within a time period commencing at noon on the 14th day of July, 2016 and ending seven days later at noon on the 21st day of July, 2016, the Defendant, John Wayne Conner, shall be executed by the Department of Corrections at such penal institution and on such a date and time within the aforementioned time period as may be designated by said Department in accordance with the laws of the State of Georgia.

It is FURTHER ORDERED that the Clerk of the Superior Court of Telfair County, Georgia shall record this order on the minutes of the court and shall cause a certified copy of this Order for execution of the original sentence to be served immediately to the Attorney General of Georgia, the Oconee Judicial Circuit District Attorney, the Commissioner of the Georgia Department of Corrections, the Warden of the Georgia Diagnostic and Classification Prison, and Defendant's last known attorney of record.

This 24th day of June, 2016.

H. FREDERICK MULLIS, JR.
CHIEF JUDGE, SUPERIOR COURT
OCONEE JUDICIAL CIRCUIT

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| JOHN WAYNE CONNER, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| ERIC SELLERS, | ) | **CAPITAL CASE** |
| Warden, GDCP | ) | **EXECUTION SCHEDULED** |
| Respondent. | ) | **JULY 14, 2016 @ 7:00 PM** |

## NOTICE OF ELECTRONIC FILING / CERTIFICATE OF SERVICE

This is to certify that on July 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system. I also certify that I have served the foregoing document and this notice of electronic filing on Respondent this day by electronic mail to:

> Paula K. Smith
> Assistant Attorney General
> psmith@law.ga.gov

                                             s/Marcia A. Widder_____
                                             Attorney